IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID PERRYMAN,                                     No. 2:16-cv-0166-KJM-CMK-P

       Plaintiff,

  vs.                                                                ORDER

F. RODRIGUEZ, et al.,

       Defendants.

                                  /

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a notice of voluntary dismissal.  Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  All pending motions are rendered moot. The Clerk of the Court is directed to close this file.

       IT IS SO ORDERED.

DATED: February 10, 2017

                                                                                                        **CRAIG M. KELLISON**
                                                                                                        UNITED STATES MAGISTRATE JUDGE

1